# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AGENCY PETITION FOR REVIEW
## CASE OPENING COVER LETTER

October 21, 2026

| | |
|---|---|
| No. 26-3170 | KOSTAS S. GIANNOULIAS,<br>Petitioner<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br>Respondent |

| **Originating Case Information:** |
|---|
| Agency Case No: FMCSA-2026-0958<br>Federal Motor Carrier Safety Administration |

A petition for review of an order of the Federal Motor Carrier Safety Administration has been filed this day in this court in the above entitled cause, and a copy of said petition is herewith served upon you.