# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 13, 2026

Before
KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| No. 26-3170 | KOSTAS S. GIANNOULIAS,<br>Petitioner<br>v.<br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br>Respondent |

| **Originating Case Information:** |
|---|
| Agency Case No: FMCSA-2026-0958<br>Federal Motor Carrier Safety Administration |

Upon consideration of the **MOTION FOR LEAVE TO FILE ELECTRONICALLY**, filed on November 10, 2026, by the pro se appellant,

**IT IS ORDERED** that the motion for leave to file electronically is **GRANTED**. Petitioner Kostas Giannoulias is granted leave to use the Electronic Case Filing system for filing material in this appeal. This court's Electronic Case Filing Procedures, the Electronic Case Filing User Manual, and answers to frequently asked questions regarding Electronic Case Filing are available at the Seventh Circuit's web site: http://www.ca7.uscourts.gov. The court will terminate the pro se litigant's filing user status upon the termination of the case, termination of the litigant's pro se status, or for any abuse of filing privileges.